# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:09-CR-262-1 |
| v. | (JUDGE CAPUTO) |
| ERNEST PARKER, | |
| Defendant. | |

## ORDER

**NOW**, this 9th day of May, 2018, upon consideration of Defendant Ernest Parker's Motion to Correct Sentence, **IT IS HEREBY ORDERED** that:

(1) Defendant's Motion to Correct Sentence (*Doc*. 129) is **DENIED**.

(2) A Certificate of Appealability **SHALL** issue with respect to the enforcability of Defendant's waiver of his right to seek collateral review under 28 U.S.C. § 2255.

(3) The Clerk of Court is directed to mark this matter **CLOSED**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge